# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONY VONNE,<br><br>     Plaintiff<br><br>v.<br><br>NANCY CARBAJAL and VALENTINA GARCIA,<br><br>     Defendants | Case No.: 2:24-cv-00768-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the defendants' certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the defendants' citizenship as required by that rule.

I FURTHER ORDER the defendants to file a proper certificate of interested parties by May 10, 2024.

DATED this 24th day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE