UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONY VONNE,

      Plaintiff(s),

v.

NANCY CARBAJAL, et al.,

      Defendant(s).

Case No. 2:24-cv-00768-APG-NJK

**Order**

[Docket No. 20]

Pending before the Court is a renewed stipulation to extend case management deadlines by 60 days. Docket No. 20.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).[1]

The parties' prior request was denied for multiple reasons, including the following:

> The instant request is predicated on the assertion that Defendants' depositions should be taken before initial expert disclosures, but that there have been scheduling difficulties with these depositions. Docket No. 18 at 3. No elaboration is provided and no explanation is given why such circumstances warrant a two-month extension, which on its face appears excessive.

Docket No. 19 at 1. The renewed stipulation continues to seek relief from the case management deadlines on the ground that fact depositions will occur in the weeks leading up to the initial expert disclosure deadline, Docket No. 20 at 3-4, but it also continues to fail to explain why that circumstance justifies a <u>two-month</u> extension of deadlines. Such an extension appears (once again) excessive on its face in relation to the circumstances identified.

---

[1] That a request is jointly submitted "neither mandates allowance of the extension sought nor exempts parties from making the necessary showings to justify that relief. Failure to provide such showings may result in denial of a stipulated request to extend the case management deadlines." *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022).

The Court finds that good cause has been established for a two-week extension of the current deadlines. Accordingly, the renewed stipulation to extend is **GRANTED** in part and **DENIED** in part. Deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed
- Initial experts: September 5, 2024
- Rebuttal experts: October 7, 2024
- Discovery cutoff: November 4, 2024
- Dispositive motions: December 4, 2024
- Joint proposed pretrial order: January 3, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: July 26, 2024

_____
Nancy J. Koppe
United States Magistrate Judge