**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael R. Ayers, Esq. (NV Bar No.10851)
michael.ayers@qpwblaw.com
Sarah B. Hartig, Esq. (NV Bar No. 10071)
sarah.hartig@qpwblaw.com
3740 Lakeside Drive, Suite 202
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendants*
*NANCY CARBAJAL and VALENTINA GARCIA*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TONY VONNE;<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY CARBAJAL; VALENTINA GARCIA; DOES I-X; ROE BUSINESS ENTITIES XI-XX<br><br>　　　　Defendants. | Case No: 2:24-cv-00768-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff TONY VONNE ("Plaintiff"), by and through his counsel Shannon L. Wise, Esq. and Donald J. Graham, Esq. of CLAGGETT & SYKES LAW FIRM and Defendants NANCY CARBAJAL and VALENTINA GARCIA, by and through their counsel Michael Ayers, Esq. and Sarah Hartig, Esq., of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. ("Defendants"), hereby stipulate that the Complaint filed by Plaintiff in this action and all claims therein be dismissed with prejudice. Each party to bear their own fees and costs.

/ / /

/ / /

/ / /

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE -1

IT IS SO STIPULATED.

DATED this 3rd day of December 2024.

**CLAGGETT & SYKES LAW FIRM**

By: /s/ Shannon L. Wise
    Shannon L. Wise, Esq. (NVB: 14509)
    Donald L. Graham, Esq. (NVB: 16086)
    4101 Meadows Ln., Ste. 100
    Las Vegas, NV 89107
    *Attorneys for Plaintiff*

DATED this 3rd day of December 2024.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: /s/ Sarah Hartig
    Michael Ayers, Esq. (NVB: 10851)
    Sarah Hartig, Esq. (NVB: 10070)
    3740 Lakeside Dr., Ste. 202
    Reno, NV 89509
    *Attorneys for Defendants*

## ORDER

**BASED UPON** the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff and each and every cause of action alleged against Defendants be dismissed WITH PREJUDICE in its entirety, each side to bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2024.

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**